52

**FSA Time Credit Assessment**
Register Number:69562-018, Last Name:CEDENO-SANCHEZ

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| | |
|---|---|
| Register Number....: 69562-018 | Responsible Facility: ALF |
| Inmate Name | Assessment Date.....: 02-11-2023 |
|   Last............: CEDENO-SANCHEZ | Period Start/Stop...: 12-21-2018 to 02-11-2023 |
|   First...........: BONIFACIO | Accrued Pgm Days....: 1504 |
|   Middle..........: OMAR | Disallowed Pgm Days.: 9 |
|   Suffix..........: | FTC Towards RRC/HC..: 210 |
| Gender............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 08-24-2018 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 10-05-2021 | accrue | 1019 |

  Accrued Pgm Days...: 1019
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 330

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-05-2021 | 10-14-2021 | disallow | 9 |

Not in qualifying admit status

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| BSC | ARS | TRANSFER | 10-04-2021 0149 | 10-04-2021 0149 |
| 9-C | ARS | A-ADMIT | 10-04-2021 0249 | 10-04-2021 1012 |
| OKL | ARS | A-BOP HLD | 10-04-2021 0912 | 10-05-2021 0247 |
| 9-C | ARS | RELEASE | 10-04-2021 1012 | 10-04-2021 1012 |
| OKL | ARS | HLD REMOVE | 10-05-2021 0247 | 10-05-2021 0247 |
| S38 | ARS | A-ADMIT | 10-05-2021 0347 | 10-06-2021 0206 |
| S38 | ARS | RELEASE | 10-06-2021 0206 | 10-06-2021 0206 |
| LEW | ARS | A-BOP HLD | 10-06-2021 0206 | 10-14-2021 1243 |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-14-2021 | 12-05-2021 | accrue | 52 |

  Accrued Pgm Days...: 52
  Carry Over Pgm Days: 29
  Time Credit Factor.: 10
  Time Credits.......: 20

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-05-2021 | 02-11-2023 | accrue | 433 |

  Accrued Pgm Days...: 433
  Carry Over Pgm Days: 21
  Time Credit Factor.: 15

**EXHIBIT A**



W__ Pa. 17887

Clerk of Court
United States District Court
228 Walnut Street
Harrisburg, Pa. 17108-9998

7021 0950 0000 1295 4801

RECEIVED
HARRISBURG, PA
MAR 30 2023
PER _____
DEPUTY CLERK

U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
MAR 28, 23
AMOUNT
$0.00
R2305K138953-01

Mail