IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OMAR BONIFACIO CEDANO-SANCHEZ,** | : CIVIL ACTION NO. 1:23-CV-548 |
| | : |
| | : (Judge Conner) |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| **WARDEN R. THOMPSON,** | : |
| | : |
| Respondent | : |

### ORDER

AND NOW, this 30th day of May, 2023, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania